■ Wong Hung, Appellant, v Ziegler and Robinson et al., Respondents. [716 NYS2d 305] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered December 13, 1999, unanimously affirmed for the reasons stated by Gruner Gans, J., with costs and disbursements. No opinion. Concur—Sullivan, P. J., Rubin, Saxe, Buckley and Friedman, JJ.

■ The People of the State of New York, Respondent, v. Shanita Davis, Appellant. [716 NYS2d 306] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered July 6, 1999, convicting defendant, after a jury trial, of robbery in the first and second degrees, and sentencing her, as a second felony offender, to concurrent terms of 10 and 8 years, respectively, unanimously affirmed.

The challenged portions of the People's summation were based on the evidence and responsive to defendant's summation, and did not deprive defendant of a fair trial (*see, People v Overlee*, 236 AD2d 133, *lv denied* 91 NY2d 976; *People v D'Alessandro*, 184 AD2d 114, 118-119, *lv denied* 81 NY2d 884). Concur—Sullivan, P. J., Saxe, Buckley and Friedman, JJ.